UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| K.R.C., by and through TAMMY COOPER, as next friend, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:09CV945 JCH |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER APPOINTING NEXT FRIEND

Tammy Cooper, mother of K.R.C., has filed a Motion for Appointment of Next Friend [Doc. # 3] alleging that the claimant is sixteen years of age and desires to commence and prosecute a review of the final decision of the Commissioner of Social Security Administration. Claimant has no legally appointed guardian, and Tammy Cooper consents to act as next friend of said claimant.

The appointment of next friend is provided for by Rule 17(c) of the Federal Rules of Civil Procedure and by 20 C.F.R. § 404.612(c).

The Court finds that the appointment of the claimant's mother, Tammy Cooper, as next friend would be in the best interest of the claimant.

Therefore,

**IT IS HEREBY ORDERED** that Tammy Cooper's motion for appointment of next friend [Doc. #3] is **GRANTED**.

Dated this 19th Day of June, 2009.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE